FILED ___ LODGED
___ RECEIVED ___ COPY

AUG 1 6 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

GARY M. RESTAINO
United States Attorney
District of Arizona

COLEEN SCHOCH
Assistant United States Attorney
Georgia State Bar No. 366545
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: coleen.schoch@usdoj.gov
Attorneys for Plaintiff

**REDACTED FOR
PUBLIC DISCLOSURE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Javaris Marquez Tubbs, Jr.,<br><br>Defendant. | No.  CR-22-01035-PHX-SPL (MTM)<br><br>**INDICTMENT**<br><br>VIO:  18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D)<br>(Dealing Firearms without a License)<br>Count 1<br><br>18 U.S.C. §§ 922(a)(6) and 924(a)(2)<br>(Material False Statement in Connection with the Acquisition of a Firearm)<br>Counts 2–6<br><br>18 U.S.C. §§ 922(g)(1) and 924(a)(2)<br>(Felon in Possession of a Firearm)<br>Counts 7–8<br><br>18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, and 28 U.S.C. § 2461(c)<br>(Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

**COUNT 1**

From on or about August 13, 2020, through on or about August 16, 2020, within the District of Arizona, Defendant JAVARIS MARQUEZ TUBBS, JR., not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did

willfully engage in the business of dealing in firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

### COUNTS 2 – 6

On or about the dates below, in the District of Arizona, Defendant JAVARIS MARQUEZ TUBBS, JR., in connection with the acquisition of a firearm from each business listed below, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, knowingly made a false or fictitious statement and furnished and exhibited a false, fictitious, and misrepresented identification, intended and likely to deceive the business as to a fact material to the lawfulness of the sale of a firearm, in that Defendant JAVARIS MARQUEZ TUBBS, JR., did (1) execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, stating that his name was Marquez Hill, whereas in truth and fact, Defendant JAVARIS MARQUEZ TUBBS, JR., knew that his name was JAVARIS MARQUEZ TUBBS, JR.; and (2) furnish an identification card in the name of Marquez Hill, whereas in truth and fact, Defendant JAVARIS MARQUEZ TUBBS, JR., knew that the identification card was false.

| Count | Date | Business Name |
|---|---|---|
| 2. | 8/13/2020 | Mo Money Pawn (Phoenix, Arizona) |
| 3. | 8/13/2020 | Aztec Pawn & Gold (Phoenix, Arizona) |
| 4. | 8/16/2020 | Tombstone Tactical (Phoenix, Arizona) |
| 5. | 8/16/2020 | Black Star Firearms (Safford Gun Show, Safford, Arizona) |
| 6. | 8/16/2020 | Mo Money Pawn (Phoenix, Arizona) |

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

### COUNT 7

On or about August 13, 2020, in the District of Arizona, Defendant JAVARIS

MARQUEZ TUBBS, JR., knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, a Springfield XD-45, a Tisas M1911, and a Glock 19, said firearms having been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### COUNT 8

On or about August 16, 2020, in the District of Arizona, Defendant JAVARIS MARQUEZ TUBBS, JR., knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, a Glock 17 Gen, a Springfield Hell Cat, a Kahr P45, and a Zastava Arms ZPap, said firearms having been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations of Counts 1 through 8 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18, United States Code, Sections 924(d) and 981, Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c), and upon conviction of the offenses alleged in Counts 1 through 8 of this Indictment, Defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of the offenses, and (b) any of Defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offenses.

If any of the forfeitable property, as a result of any act or omission of Defendant:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said Defendant up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

All in accordance with Title 18, United States Code, Sections 924(d) and 981, Title 21, United States Code, Sections 853 and 881, Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

*S/*
FOREPERSON OF THE GRAND JURY
Date:  August 16, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

*S/*
COLEEN SCHOCH
Assistant U.S. Attorney