AO 442 (Rev. 11/11) Arrest Warrant

FILED LODGED
✓ RECEIVED COPY
SEP 27 2022
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY DEPUTY

# UNITED STATES DISTRICT COURT

for the

District of Arizona

United States of America
v.
Javaris Marquez Tubbs, Jr.

*Defendant*

Case No. CR-22-01035-PHX-SPL

[redacted]

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Javaris Marquez Tubbs, Jr. ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18:922(a)(1)(A), 923(a), and 924(a)(1)(D) - Dealing Firearms without a License
18:922(a)(6) and 924(a)(2) - Material False Statement in Connection with the Acquisition of a Firearm
18:922(g)(1) and 924(a)(2) - Felon m Possession of a Firearm

ISSUED ON 11:36 am, Aug 17, 2022
s/ Debra D. Lucas, Clerk

M. Pruneau
*Issuing officer's signature*

City and state: Phoenix, Arizona

M. Pruneau, Deputy Clerk
*Printed name and title*

cc: PTS

### Return

This warrant was received on *(date)* 08/17/2022, and the person was arrested on *(date)* 08/30/2022
at *(city and state)* SAN PABLO, CA .

Date: 08/16/2022

DSP: [signature] 4724
*Arresting officer's signature*

ATF
*Printed name and title*